# Court of Appeals
# of the State of Georgia

ATLANTA,  May 14, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1422. THE STATE v. DAVID EDWARD DRIVER, SR.

David Edward Driver, Sr., filed a petition under OCGA § 42-1-19 seeking his removal from the sex offender registry. The trial court granted the petition, and the State filed this appeal.[1] We, however, lack jurisdiction.

Under OCGA § 5-6-35 (a) (5.2), an application for discretionary appeal is required to appeal a superior court's order granting or denying a petition for release pursuant to OCGA § 42-1-19. "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  05/14/2021

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.

---

[1] The State directed the appeal to the Supreme Court, which transferred the matter to this Court. See Case No. S21A0884. The State also filed an application for discretionary appeal in the Supreme Court, which transferred the matter to this Court. See Case No. S21D0837. That application remains pending in this Court. See A21D0338.